PD-0379-15

PD-0379-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/2/2015 1:53:55 PM
Accepted 4/2/2015 2:03:47 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

PD-_____

| | | |
|---|---|---|
| **JOHN ELSWORTH COMBEST** §  | | |
| *Appellant* § | | On Petition for Review of |
| v. § | | No. 01-13-00712-CR |
| § | | Court of Appeals |
| § | | First District of Texas |
| **THE STATE OF TEXAS** § | | |
| *Appellee* | | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Charles Henry Jones, moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I.  LOWER COURT PROCEEDINGS

Judgment in this case was entered on July 31, 2013.  The court of appeals affirmed on February 26, 2015.  No motion for rehearing was filed.

### II.  PROCEEDINGS IN THIS COURT

Mr. Combest's petition was due on March 30, 2015.  No previous extensions have been requested.

### III. REASONS FOR REQUEST

Since the court of appeals handed down its judgment, counsel has filed a brief in *Reginald Hill v. State*, Cause No. 14-14-00376-CR; a petition for discretionary review in *Charles Henry Jones v. State*, cause NO. PD-0174-15; and a petition for discretionary

review in *Michael Jermaine Williams v. State*, Cause No. PD-0096-15. Counsel also is working to complete a brief in *In re M.I.S.*, Cause No. 01-14-00684-CV; a brief in *Nomathemba Y. Sitawisha v. State*, Cause No. 01-14-00848-CR; and a brief in *Christopher Rashad Frazier v. State*, Cause No. 14-15-00118-CR.

## III. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Combest's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

## PRAYER

Mr. Combest respectfully requests that this motion be granted and that the Court permit an extension of time until May 1, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____
**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016

2

(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**CHARLES HENRY JONES**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, April 2, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**